IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 142-UNA |
| ) | |
| KEVIN B. SIRMAN, ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

### Background

1.  Joseph, Phillips & Gray, Inc. ("JP&G") was a commercial debt collection company located in Dover, Delaware. Pursuant to agreements with its clients, JP&G made arrangements with its clients' debtors ("debtors") to collect money such debtors owed to JP&G's clients. Pursuant to such agreements with its clients, JP&G was permitted to keep a percentage of the money collected as a commission and was required to forward the net proceeds to its clients.

2.  Defendant Kevin B. Sirman was the owner and operator of JP&G.

### Scheme and Artifice to Defraud

3.  Between in or about December 2005 and January 30, 2007, Defendant, through JP&G, collected money from debtors but did not provide this money to JP&G's clients. Instead, Defendant retained amounts far in excess of JP&G's commission for his personal and business use. On some occasions, Defendant retained the entire amounts collected for himself. Defendant defrauded JP&G's clients by promising to forward collected funds pursuant to the terms of JP&G's agreements but, instead, keeping the funds for his own use.



FILED
OCT 2 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4. It was part of the scheme and artifice to defraud that, at Defendant's direction, JP&G would direct debtors to send JP&G a check, or sufficient information and authorization to permit JP&G to draw a check on a debtor's account, in the name of JP&G's client. With this information, Defendant would, among other things, withdraw funds earlier than authorized by the debtor, withdraw funds in amounts greater than authorized, and retain funds without forwarding them to JP&G's client.

5. Defendant made and caused to be made false statements and misrepresentations to JP&G's clients and to debtors, including but not limited to advising clients that funds had not been collected and advising debtors that funds had been forwarded to JP&G's clients, when, as Defendant well knew, these statements were not true.

6. Defendant, through JP&G, defrauded at least 13 clients of a total of approximately $145,000.

**Charging Paragraph**

7. In or about December 2006, in the State and District of Delaware, and elsewhere, Kevin B. Sirman, defendant herein, having devised and having intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, as more fully set forth in paragraphs 3 and 4 of this Information, incorporated herein by reference, did cause to be transmitted by means of a wire communication in interstate commerce certain writings, signs, and signals for the purpose of executing such scheme and artifice, to wit, a facsimile from J.H. of Riverwind Homes, Inc. in Mississippi to Joseph Phillips & Gray in Delaware, in violation of 18 U.S.C. Sections 1343 and 2.

COLM F. CONNOLLY
UNITED STATES ATTORNEY

*Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: October 23, 2007