AO83 (Rev. 10/03) Summons in a Criminal Case          Redacted

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

| UNITED STATES OF AMERICA<br>V.<br><br>KEVIN B. SIRMAN<br>█████████<br>Bear, DE █<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   07-142-SLR |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmginton, DE 19801<br>Before:   THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | Room<br>#100 U.S. Marshal's Office - Deft. To Report by: 3:30 p.m.<br>Date and Time<br>12/10/2007 at 4:30 p.m. |

To answer a(n)
☐ Indictment   x Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title  18  United States Code, Section(s)  1343 and 2

Brief description of offense:

WIRE FRAUD

RECEIVED
NOV 19
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801

Name and Title of Issuing Officer                    Signature of Issuing Officer: Francesca Ipson, Deputy Clerk

Date  11/6/2007

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]    Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: undeliverable as addressed

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11-14-07
            Date

DW Thomas
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.




**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 9699**
Status: **Undeliverable as Addressed**

Your item was undeliverable as addressed at 9:12 AM on November 7, 2007 in BEAR, DE  It is being returned if appropriate information is available.

**Track & Confirm**
Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



RECEIVED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SS