IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-142-SLR |
| ) | |
| KEVIN B. SIRMAN, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 29th day of November, 2007, having been advised by counsel of a scheduling conflict;

IT IS ORDERED that plea hearing scheduled for **Monday, December 10, 2007** at **4:30 p.m.** is **rescheduled** to commence at **5:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge