IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>            Plaintiff,                       )<br>                                                        )<br>    v.                                              )   Crim. No. 07-142-SLR<br>                                                        )<br>KEVIN B. SIRMAN,                     )<br>                                                        )<br>            Defendant.                   ) | |

**ORDER**

At Wilmington this 11th day of December, 2007,

IT IS ORDERED that a plea hearing is scheduled for **Wednesday, December 19, 2007** at **11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge