AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF   DELAWARE

UNITED STATES OF AMERICA
V.

KEVIN B. SIRMAN

Newark, DE 19702

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:   07-142-SLR



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmginton, DE 19801 | #100 U.S. Marshal's Office - Deft. To Report by: 3:30 p.m. |
| | Date and Time |
| Before:   THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | 12/10/2007 at 4:30 p.m. |

To answer a(n)
☐ Indictment   x Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title   18   United States Code, Section(s)   1343 and 2

Brief description of offense:

WIRE FRAUD

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801

Name and Title of Issuing Officer

11/21/2007

Date

by Francesca Rossi, Deputy Clerk

Signature of Issuing Officer