IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-142-SLR |
| | ) |
| KEVIN B. SIRMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 19th day of December, 2007,

IT IS ORDERED that a plea hearing is scheduled for **Tuesday, January 22, 2008** at **4:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **January 22, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge