AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

RECEIVED
2007 DEC 12 A 8:21

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KEVIN B. SIRMAN<br>Newark, DE 19702<br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: 07-142-SLR<br><br>REDACTED |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmginton, DE 19801<br>Before: THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | Room<br>#100 U.S. Marshal's Office - Deft. To<br>Report by: 10:00 a.m.<br>Date and Time<br>12/19/2007 at 11:00 a.m. |
|---|---|

To answer a(n)
☐ Indictment   x Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __1343 and 2__

Brief description of offense:

WIRE FRAUD

2007 DEC 21 AM 10:41
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

_Peter T. Dalleo, Clerk_
Name and Title of Issuing Officer

by: _Francisca Tamm_, Deputy Clerk
Signature of Issuing Officer

_12/12/07_
Date

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: Hearing has been rescheduled.

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12-19-07
              Date

DWThomas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.