IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-142-SLR |
| | : | |
| KEVIN B. SIRMAN, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION
FOR CONTINUANCE OF SENTENCING HEARING**

Defendant, Kevin B. Sirman, by and through his attorney, Edson A. Bostic, Federal Public Defender, hereby moves this Court for an Order continuing the sentencing hearing in the instant matter.

In support thereof, it is averred as follows:

1. On January 22, 2008, Mr. Sirman pled guilty to a One-Count Information, charging him with wire fraud, in violation of 18 U.S.C. § 1343.

2. Mr. Sirman is scheduled to be sentenced on April 23, 2008.

3. For mitigation purposes at sentencing, Counsel has retained the services of Forensic Psychiatrist, Gary N. Glass, M.D., to conduct an evaluation and prepare a report regarding Mr. Sirman's medical and mental health problems. As part of his evaluation, Dr. Glass has requested all of Mr. Sirman's medical records over the last ten years. These records are extensive because Mr. Sirman, who, amongst other things, has undergone gastric bypass surgery and psychological counseling.

4.    Consequently, not all of the medical records for Mr. Sirman have been received. Additionally, in speaking with Dr. Glass' office, it has been learned that Dr. Glass will need an additional two weeks after receipt of the records to complete his Report.

5.    Accordingly, Counsel is requesting that this Court postpone the sentencing hearing, in the instant case by approximately 30 days to permit receipt and review of these medical records, as well as completion of Dr. Glass' Report.

6.    Counsel has informed the United States Attorney's Office, in particular Christopher Burke, Esquire, of this request, and the government does not oppose the motion.

**WHEREFORE**, it is respectfully requested that this Court grant the herewithin Motion and enter an Order postponing the sentencing hearing until and after June 3, 2008.[1]

Respectfully submitted,

  /s/ *Edson A. Bostic*
EDSON A. BOSTIC
Federal Public Defender

Attorney for Kevin B. Sirman

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated: March 31, 2008

---

[1] Counsel expects to be out of the office from May 26, 2008 through June 3, 2008 at the National Seminar for Federal Defenders.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-142-SLR |
| | : | |
| KEVIN B. SIRMAN, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Sirman's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

Honorable Sue L. Robinson
United States District Court