IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-142-SLR |
| KEVIN B. SIRMAN, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __1st__ day of __April__, 2008, that Defendant Sirman's Sentencing Hearing shall be on the __19th__ day of __June__, 2008, at __3:30__ a.m./(p.m.)

_____
Honorable Sue L. Robinson
United States District Court